**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DINH SON NGUYEN<br>Petitioner,<br>v.<br>BRIAN ACUNA, et al.<br>Respondents. | Case No. 1:26-cv-00399<br>JUDGE S MAURICE HICKS, JR<br>MAGISTRATE JUDGE DAVID J. AYO |

**ORDER**

**IT IS ORDERED** that the petition for habeas corpus is hereby **DISMISSED WITHOUT PREJUDICE** in the above-described action.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 9th day of October, 2026.

U.S. DISTRICT COURT JUDGE

Respectfully submitted,

/s/ Logan Duplessis
Logan Duplessis
LA Bar No. 41733
Rozas and Associates
7967 Office Park Blvd
Baton Rouge, LA 70809
(225) 341-6945
logan.duplessis@rozaslaw.com
*Attorney for Petitioner*